**JOSEPH A. VITA**
**ATTORNEY AT LAW**
327 Irving Avenue
Port Chester, New York 10573
Telephone 914-939-5401
Fax 914-690-2007

VIA ECF

February 10, 2020

Hon. Nelson S. Roman
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

re:   USA v. Helbran, et al. (Matityau Moshe Malka) ; 19 Cr. 497 (NSR) - 05

Dear Judge Roman:

    I represent Matityau Moshe Malka in the above matter. By the Court's scheduling order defense motions are due on February 28, 2020. I wish to join in and adopt the application made by Susan C. Wolfe, Esq., attorney for Mordechai Malka, in her letter dated February 6, 2020, to modify the Court's motion briefing schedule by extending the defense motion filing date to March 20, 2020 and the other applicable filing and calendar dates.

    Thank you for considering this request.

Respectfully submitted,

/S/ Joseph A. Vita

Joseph A. Vita

cc via ECF to all counsel

The application is  X granted.
                         __ denied.

_____
Nelson S. Román, U.S.D.J.
Dated: Feb. 10, 2020
White Plains, New York 10601

Clerk of the Court requested to terminate the motion (doc. 66).

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/2020