**MEMO ENDORSED**

# TANNER & ORTEGA, L.L.P.
### ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

**NEW YORK CITY OFFICE**
299 BROADWAY
SUITE 1700
NEW YORK, NY 10007
OFFICE: (212) 962-1333
FAX: (212) 962-1778

**WHITE PLAINS OFFICE**
175 MAIN STREET
SUITE 800
WHITE PLAINS, NY 10601
OFFICE: (914) 358-5998
FAX: (914) 761-0995

April 16, 2020

Honorable Nelson S. Roman
United States District Court Judge
United States District Courthouse
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

BY ECF

Re:   USA v. Matityau Moshe Malka, 19 Cr. 497(NSR)-05

Dear Judge Roman:

On April 6, 2020, notification was sent to the CJA Panel that new counsel was needed for assignment to represent the defendant in the above matter. As I am unconflicted in this case, I responded that I was available for assignment.

I therefore write to to the Court to request that I be assigned to this matter pursuant to CJA, nunc pro tunc to April 6, 2020.

Thank you, Your Honor, for your consideration of this matter.

Very truly yours,

Tanner & Ortega, L.L.P.

Howard E. Tanner

cc:  All Parties (By ECF)

Counsel's request to be assigned nunc pro tunc to April 6, 2020 to represent this defendant is granted. Clerk of the Court requested to terminate the motion (doc. 84).
Dated: April 17, 2020. SO ORDERED.

Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/2020