UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>MATITYAU MOSHE MALKA,<br><br>Defendant. | 19 CR 497-05 (NSR)<br><br>SCHEDULING ORDER |

NELSON S. ROMÁN, United States District Judge:

The in-person Faretta Hearing for the above Defendant is scheduled for February 22, 2021 at 12:15 pm in Courtroom 218.

In light of the recent Coronavirus Disease 2019 ("COVID-19") pandemic affecting New York, and given the directives provided by the Chief Judge of the United States District Court for the Southern District of New York to limit in-person court appearances due to the risk presented by COVID-19, the Public may dial in to observe the proceeding, however, each individual must mute his/her/their phone during the proceeding.  To access the teleconference, please follow these directions: (1) **Dial the Meeting Number: (877) 336-1839**; (2) **Enter the Access Code: 1231334#**; (3) Press pound **(#)** to enter the teleconference as a guest.

SO ORDERED.

Dated:   February 18, 2021
         White Plains, New York

NELSON S. ROMÁN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/18/2021