UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

MATITYAU MOSHE MALKA

Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

19-CR- 497 (NSR) ( )( )

Defendant ___MATITYAU MOSHE MALKA___ hereby voluntarily consents to participate in the following proceeding via ✓ videoconferencing or ___ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

✓ Bail/Detention Hearing

___ Conference Before a Judicial Officer

/s/ Matityau Moshe Malka by JCM on consent
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

MATITYAU MOSHE MALKA
Print Defendant's Name

_____
Defendant's Counsel's Signature

JOSEPH A. VITA
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

2/18/2021
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge
(Judith C. McCarthy)