USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___3/18/2021___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

 -against-

NACHMAN HELBRANS, MAYER ROSNER,
MATITYAU MOSHE MALKA, and MORDECHAY
MALKA,

                                    Defendants.

19 cr 497 (01) (02) (05) (09) (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

Pro se Defendants Matityau Moshe Malka (05) and Mordechay Malka (09) have filed requests for permission for the pro se Defendants in this matter to file joint motions (ECF Nos. 215 and 217). As the Court explained during each of the Defendants' hearings under *Faretta v. California*, the Sixth Amendment to the United States Constitution gives each Defendant the right to willingly, knowingly, and voluntarily waive his right to counsel and represent himself in criminal proceedings even if he is not a licensed attorney. 422 U.S. 806 (1975). However, because they are not licensed attorneys, pro se Defendants may not speak for, advocate on behalf of, or file motions on behalf of or jointly with any other Co-Defendant. Any request a pro se Defendant wants to make—whether oral or written—must be made by the pro se Defendant on his own behalf and not on behalf of or jointly with any Co-Defendant.

Accordingly, Defendants' requests for permission for the pro se Defendants to jointly file motions is DENIED.

Standby counsel are directed to mail a copy of this order to their respective Defendants and to show proof of service on the docket.

Dated: March 18, 2021
       White Plains, NY

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE