**TANNER & ORTEGA, L.L.P.**
ATTORNEYS AT LAW
WWW.TANNERORTEGA.COM

HOWARD E. TANNER*
HUGO G. ORTEGA
*MEMBER OF N.Y., N.J. AND D.C. BAR

NEW YORK CITY OFFICE
299 BROADWAY
SUITE 1700
NEW YORK, NY 10007
OFFICE: (212) 962-1333
FAX: (212) 962-1778

WHITE PLAINS OFFICE
175 MAIN STREET
SUITE 800
WHITE PLAINS, NY 10601
OFFICE: (914) 358-5998
FAX: (914) 761-0995

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/12/2021

May 11, 2021

Honorable Nelson S. Roman
United States District Judge
United States District Courthouse
300 Quarropas Street
White Plains, NY 10601

MEMO ENDORSED

                Re:    *United States v. Matityau Moshe Malka*, 19 Cr. 497 (NSR)
                       Letter Motion for Additional Extension of Time for Laptop Delivery

Dear Judge Roman:

    I write as CJA standby counsel to defendant Matityau Moshe Malka. On May 10, 2021, the Court granted an extension of time for standby counsel to deliver a suitable laptop to the Government to May 14, 2021 (ECF Doc No. 241). Unfortunately, I was notified tonight by Dell that there will be a further delay in production and shipping of the laptop order I placed on May 7, 2021, with delivery to my defense computer expert, originally scheduled for May 13, 2021, now scheduled for May 17th. (Order status delay statement attached hereto).

    I am therefore forced to request an additional extension of time for laptop delivery to the Government to Wednesday, May 19, 2021.

    Thank you, Your Honor, for your consideration of this application.

                                                     Very truly yours,
                                                     Tanner & Ortega, L.L.P.

                                                     Howard E. Tanner, Esq.

cc:    All parties (By ECF)

Standby counsel's time to deliver Mr. Matityau Moshe Malka's laptop to the Government is extended to May 19, 2021.
The Clerk of Court is directed to terminate the motion at ECF No. 247. Standby counsel are directed to mail a copy of this memorandum endorsement to Mr. Matityau Moshe Malka and file proof of service on the docket.

Dated:  May 12, 2021
           White Plains, NY

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE



# Order 312594911 : In Production

**Order date:** May 7, 2021        **Dell Purchase ID:** 2008284890069

> ⚠ **Order delayed.** We are working on your order as fast as we can, we apologize for the inconvenience.

 In Production
May 8, 2021

We are working on your order and it is still on track to meet the communicated delivery date.

You are viewing this page as a Guest. To see secured order details and take Actions, Verify your order information.

**Verify**

Create PDF in your applications with the Pdfcrowd HTML to PDF API        PDFCROWD



| ITEM DESCRIPTION | ITEM NUMBER | QUANTITY |
|---|---|---|
| Dell Outlet Inspiron 15 - 3593 Laptop | T9D0N | 1 |
| Thank you, Dell Outlet | 375-6061 | 1 |

## DELIVERY DETAILS

| Estimated Ship Date | Revised Ship Date | Shipped |
|---|---|---|
| May 11, 2021 | May 13, 2021 | Not available |

| Estimated to Arrive By | Revised Delivery Date | Delivered |
|---|---|---|
| May 13, 2021 | May 17, 2021 | Not available |



How easy is it to find your order information?

Very Difficult | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Very Easy

---

About Dell Technologies    Careers    Community                    United States

Events    Partner Program    Premier

Create PDF in your applications with the Pdfcrowd HTML to PDF API    PDFCROWD

Find a Reseller   Dell Technologies   Make a Payment

Ultrabook, Celeron, Celeron Inside, Core Inside, Intel, Intel Logo, Intel Atom, Intel Atom Inside, Intel Core, Intel Inside, Intel Inside Logo, Intel vPro, Itanium, Itanium Inside, Pentium, Pentium Inside, vPro Inside, Xeon, Xeon Phi, Xeon Inside, and Intel Optane are trademarks of Intel Corporation or its subsidiaries in the U.S. and/or other countries.

Same day shipment subject to order size limitations, Dell standard shipping methods and payment via credit card, gift card or Dell Business Credit. Notification will be provided if there are payment delays which could impact shipping date. Electronics and accessories may ship separately.

Smart Selection. Limited quantities. Only available for orders placed by 5:59 p.m. CT Mon.–Thurs. Systems shipped the next business day after an order is placed. Subject to order approval. Software and accessories not part of the configuration will be shipped separately and may arrive after your system. Please note that Smart Selection Configuration pricing cannot be combined with other pricing offers or discounts provided or agreed to by Dell. ** Orders with Custom Factory Integration might require additional processing time.

^**Dell Business Credit:** Offered to business customers by WebBank, Member FDIC, who determines qualifications for and terms of credit. Taxes, shipping and other charges are extra and vary. Minimum monthly payments are the greater of $15 or 3% of the new balance shown on the monthly billing statement. Dell and the Dell logo are trademarks of Dell Inc.

**Payment solutions provided and serviced by Dell Financial Services L.L.C. or its affiliate or designee ("DFS") for qualified customers. Offers may not be available or may vary in certain countries. Where available, offers may be changed without notice and are subject to product availability, credit approval, execution of documentation provided by and acceptable to DFS, and may be subject to minimum transaction size. Offers not available for personal, family or household use. Dell and the Dell logo are trademarks of Dell Inc. Restrictions and additional requirements may apply to transactions with governmental or public entities.

[1]Subject to applicable law and regulations.