**MEMO ENDORSED**

**JOSEPH A. VITA**
**ATTORNEY AT LAW**
52 Irenhyl Avenue
Port Chester, New York 10573
Telephone 914-939-5401
Joev63542@aol.com

VIA ECF

July 14, 2021

Hon. Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   USA v. Matityau Moshe Malka; 19 CR 497 (NSR) -05

Dear Judge Roman:

    I am CJA counsel for Matityau Moshe Malka along with Howard Tanner, currently serving as standby co-counsel. I am requesting that the Court authorize defense counsel to submit an interim voucher for services rendered to date; and going forward, interim vouchers in 6-month intervals until case completion. I was appointed as CJA counsel on March 26, 2019, over 2 years ago. In May 2020, the case was designated and budgeted as a Non-Capital Mega-Case. At this point in the litigation, discovery is for the most part completed, and pretrial motions have been filed and substantially decided. A tentative trial date has been reserved and, from a scheduling perspective, it appears that the Court may be severing the defendants for trial purposes with 3 separate trials with the final trial commencing sometime in 2022. Therefore, it appears that the case will be ongoing for at least another year or more before resolution.

    Many hours of legal services have been rendered in the past 28 months. I am seeking Court authorization to submit interim vouchers, as waiting until disposition of the case for submission and payment will cause financial hardship. Thank you for consideration this application.

Respectfully submitted,

/S/ Joseph A. Vita

Joseph A. Vita

> Standby counsel's request for authority to file interim vouchers is granted. Clerk of Court requested to terminate the motion (doc. 301).
> Dated: August 6, 2021
>
> SO ORDERED:
> HON. NELSON S. ROMAN
> UNITED STATES DISTRICT JUDGE



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/2021