UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

USA,

- against -

MATITYAU MOSHE MALKA,

                      Defendant(s).

--------------------------------------------------------x

**SCHEDULING ORDER**

S2 19 Cr. 497-05 (NSR)

ROMÁN, D.J.:

    **The in-person De Novo Bail Review for the above Defendant is scheduled for October 12, 2021 at 11:30 am in Courtroom 620.**

    In light of the recent Coronavirus Disease 2019 ("COVID-19") pandemic affecting New York, and given the directives provided by the Chief Judge of the United States District Court for the Southern District of New York to limit in-person court appearances due to the risk presented by COVID-19, the Public may dial in to observe the proceeding, however, each individual must mute his/her/their phone during the proceeding. To access the teleconference, please follow these directions: **(1) Dial the Meeting Number: (877) 336-1839; (2) Enter the Access Code: 1231334#; (3) Press pound (#) to enter the teleconference as a guest**.

    Standby counsel shall immediately serve a copy of this Order on pro se Defensnt by any necessary means and file proof of such service.

Dated:    White Plains, New York
              October 8, 2021

SO ORDERED.

_____
Hon. Nelson S. Román, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/8/2021__