```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __03/10/2022__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

   -against-

MATITYAU MOSHE MALKA,

                Defendant.

S3 19-CR-497 (NSR) (05)

ORDER

NELSON S. ROMÁN, United States District Judge:

On this day, the Court held an in-person status conference in the above-captioned cause. As discussed during such conference, in light of the changes in the Court's COVID-19 protocols, *pro se* Defendant Matityau Moshe Malka shall be tried together with his *pro se* co-defendants Jacob Rosner and Mordechay Malka.

Accordingly, the Court hereby ORDERS that:

1. The schedule for the parties to file their respective motions in limine is set as follows:

    a. Moving papers are to be filed on **March 18, 2022**;
    b. Opposition papers are to be filed on **April 1, 2022**; and
    c. Reply papers are to be filed on **April 15, 2022.**

    The parties shall provide the Court with two (2) physical courtesy copies of their motion papers on the same date they are filed.

2. The parties shall file the following trial submissions no later than **May 2, 2022**:

    a. Proposed Voir Dire Questions;
    b. Request to Charge;
    c. Proposed Jury Instructions;
    d. Proposed Verdict Sheet;
    e. Witness Lists;
    f. Exhibit Lists;
    g. A binder containing pre-marked and tabbed exhibits (in pre-marking their respective exhibits, the Government shall use the numeric system and Defendants the alphabetic system).

    The parties shall further provide the Court with two (2) physical courtesy copies of each of these documents on the same date they are filed.

3. The Government shall turn over to *pro se* Defendant any remaining 3500 materials on or before **May 5, 2022**:

4. The Final Pretrial Conference in person is set for **Friday, May 13, 2022, at 10:30 a.m., with an alternate date of May 12, 2022, at 10:30 a.m.**

5. The above-captioned cause is set for a jury trial, which includes jury selection proceedings, to begin on **May 18, 2022, in courtroom 218.**

The Court further REMINDS standby counsel to be prepared to provide assistance to *pro se* defendant and to be prepared to take over the defense should the need arise.

Standby counsel is directed to provide *pro se* Defendant with a copy of this order and to file proof of service on the docket.


Dated: March 10, 2022
      White Plains, NY

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge