**JOSEPH A. VITA**
**ATTORNEY AT LAW**
52 Irenhyl Avenue
Port Chester, New York 10573
Telephone 914-939-5401
Joev63542@aol.com

VIA ECF

April 8, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/11/2022
```

Hon. Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**MEMO ENDORSED**

Re:     USA v. Matityau Moshe Malka; 19 CR 497 (NSR)

Dear Judge Roman:

    I am writing as stand-by counsel on behalf of Matityau Moshe Malka. He wanted me to notify the Court that it is his desire to adopt the arguments contained in co-defendant Jacob Rosner's counseled opposition (Doc. 533 filed 4-7-22) to the Government's Motion in Limine (Doc. 478).

Respectfully submitted,

/S/ Joseph A. Vita

Joseph A. Vita
Stand by Counsel to Matityau Moshe Malka

---

The Court grants pro se D Matityau Moshe Malka's request to join and adopt his co-D Jacob Rosner's arguments in his opposition to the Govt's mots. in limine (ECF No. 533). The Clerk of the Court is directed to terminate the motion at ECF No. 537. Standby counsel SHALL serve a copy of this endorsement on pro se D by any necessary means and file proof of such service.

Dated: April 11, 2022
      White Plains, NY

SO ORDERED:

*[signature]*
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE