**MEMO ENDORSED**

**JOSEPH A. VITA**
**ATTORNEY AT LAW**
52 Irenhyl Avenue
Port Chester, New York 10573
Telephone 914-939-5401
Joev63542@aol.com

*Pro se* Deft. Matityau Moshe Malka's (05) request to join in and adopt *pro se* co-Deft. Mordechay Malka's (09) motion for a de novo Bail Review is GRANTED and is scheduled for May 4, 2022 at 1 pm. Clerk of Court is requested to terminate the motion at ECF No. 565.
Dated: White Plains, NY
April 28, 2022

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

VIA ECF

April 26, 2022

Hon. Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   USA v. Matityau Moshe Malka; 19 CR 497 (NSR)-05

Dear Judge Roman:

    Mr. Matityau Moshe Malka (pro se) wanted me to inform the Court that he wished to join in and adopt the motion of Mordechay Malka (doc. 563) appealing Judge Krause's 4-19-22 denial of his application for release on bail.

Respectfully submitted,

/S/ Joseph A. Vita

Joseph A. Vita
Stand by Counsel to Matityau Moshe Malka



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/28/2022