**MEMO ENDORSED**

**JOSEPH A. VITA**
**ATTORNEY AT LAW**
52 Irenhyl Avenue
Port Chester, New York 10573
Telephone 914-939-5401
Joev63542@aol.com

VIA email

May 3, 2022

Hon. Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   USA v. Matityau Moshe Malka; 19 CR 497 (NSR) -05

Dear Judge Roman:

    I am requesting authorization to bring to Court my laptop computer for tomorrow's 5-4-2022 bail hearing and all future pretrial and trial dates in the above matter.

Respectfully submitted,

/S/ Joseph A. Vita

Joseph A. Vita

> Standby counsel is GRANTED leave to bring into the Courthouse his personal laptop on May 4, 2022 and May 12, 2022.  Counsel shall serve a copy of this endorsement on *pro se* Defendant Matityau Moshe Malka and file proof of service.
> Dated: White Plains, NY
>     May 3, 2022
>
> SO ORDERED:
>
> HON. NELSON S. ROMAN
> UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/3/2022