UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

United States of America

                     Government

    -against-

Matityau Moshe Malka, PRO SE,

                     Defendant(s)
-------------------------------------------------------X

# CASH BAIL ORDER

FILENAME - P:\CRD FORMS\ CASH BAIL ORDER (Rev. 5/09)

Before Judge: **Nelson S. Román**

Case Number: S3 19cr497-05 (NSR)

M-19: _____

## OFFICE OF THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

It is hereby certified that bail of the above defendant was fixed on __May 4, 2022__ by the Honorable __Nelson S. Román__, United States Disctict Judge, for the S.D.N.Y, in the amount of $ __250,000.00__, Personal Recognizance Bond, to be secured by $ _____ in money order or property with the clerk of the court, U.S.D.C. for the S.D.N.Y..for the appearance of the defendant before this court.

Dated: __May 4, 2022__
White Plains, New York

                                       United States DistrictJudge
                                       Southern District of New York

**DEPOSITED BY:**

| | |
|---|---|
| NAME | |
| ADDRESS | |
| CITY/STATE | |
| PHONE # | |