**JOSEPH A. VITA**
**ATTORNEY AT LAW**
52 Irenhyl Avenue
Port Chester, New York 10573
Telephone 914-939-5401
Joev63542@aol.com

VIA ECF

May 7, 2022

Hon. Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/16/2022
```

Re:   USA v. Matityau Moshe Malka; 19 CR 497 (NSR)

Dear Judge Roman:

    Mr. Matityau Moshe Malka pro se wishes to adopt the witness list and exhibit list filings made by Mordechay Malka pro se.

Respectfully submitted,

/S/ Joseph A. Vita

Joseph A. Vita
Stand by Counsel to Matityau Moshe Malka

**MEMO ENDORSED**

The Court GRANTS the request of *pro se* Defendant Matityau Moshe Malka to adopt the trial witness and exhibit lists made by *pro se* Defendant Mordechay Malka. Standby counsel SHALL serve a copy of this endorsement to *pro se* Defendant Matityau Moshe Malka by any necessary means and file proof of service on the docket. The Clerk of the Court is directed to terminate the motion at ECF No. 613.

Dated: May 16, 2022.
    White Plains, NY

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE