**JOSEPH A. VITA**
**ATTORNEY AT LAW**
52 Irenhyl Avenue
Port Chester, New York 10573
Telephone 914-939-5401
Joev63542@aol.com

VIA ECF

August 25, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/25/2022
```

Hon. Nelson S. Roman
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**MEMO ENDORSED**

Re:  USA v. Matityau Moshe Malka; 19 CR 497 (NSR)

Dear Judge Roman:

    With the consent of the Government by AUSA Jamie Bagliebter, I am requesting that the Court extend the defendant's time to file his sentencing submission to this Monday, August 29, 2022, and further extend the Government's submission date to Friday, September 2, 2022.

    I need the additional time to review the final PSR and recommendation addendum (filed 8-23-22) with Mr. Malka and will be seeing him at Westchester County jail on August 26, 2022.

Respectfully submitted,

/S/ Joseph A. Vita

Joseph A. Vita

**The Court GRANTS the application and extends the parties' sentencing submission deadlines as follows:**

**- Defendant shall file his sentencing submission on or before August 29, 2022; and**
**- The Government shall file its sentencing submission on or before September 2, 2022.**

**Defendant's sentencing date remains the same: September 7, 2022.**

**The Clerk of the Court is directed to terminate the motion on ECF No. 729.**

Dated: August 25, 2022
    White Plains, NY

SO ORDERED:

[signature]
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE